UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON HUMES, | No. 2:18-cv-0693 KJN P |
| Plaintiff, | |
| v. | ORDER AND ORDER TO SHOW CAUSE |
| PLACER COUNTY, MARY GREEN, | |
| Defendants. | |

Plaintiff is a county jail inmate, proceeding pro se. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983, and has requested leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). In light of this order, the court defers decision on plaintiff's request to proceed in forma pauperis.

Plaintiff's complaint was filed on March 29, 2018. Court records reveal that on December 13, 2017, plaintiff filed a complaint challenging the investigative report written by Placer County's investigator, Mary Green, in support of criminal charges brought against plaintiff. (Humes v. Green, No. 2:17-cv-2610 EFB P (E.D. Cal.).[1] In the instant complaint, plaintiff challenges Green's interview of the minor who is accusing plaintiff of sexual misconduct.

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).

1

A plaintiff may properly assert multiple claims against a single defendant in one action. Fed. Rule Civ. P. 18. This is particularly true where such claims arise out of the same transaction, occurrence, or series of transactions and occurrences. Because it appears that the allegations in the instant complaint are related to those raised in the earlier-filed action, and all are alleged against the same defendants, Mary Green and Placer County, plaintiff is granted thirty days to show cause why this case should not be dismissed without prejudice so that plaintiff may seek leave to amend and pursue such claims in the earlier-filed action, No. 2:17-cv-2610 EFB P. Doing so will also spare plaintiff the cost of incurring another federal filing fee which, if granted in forma pauperis status, will be $350.00 deducted from his inmate trust account statement.

Plaintiff is cautioned that his failure to show cause may result in the dismissal of this action.

Finally, plaintiff filed a motion asking the court to provide plaintiff with $500.00 per month to "facilitate discovery and other advances" in this case. (ECF No. 4.) Plaintiff's request is denied. The court has no authority to provide funds to pro se litigants for discovery or other litigation expenses.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Within thirty days, plaintiff shall show cause, as set forth above.
2. Plaintiff's motion for funds (ECF No. 4) is denied.

Dated: October 18, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hume0693.osc